SALVATORE GIORDANO, Respondent, *v.* FRANK J. QUIGAN, Appellant.

SALVATORE GIORDANO, Respondent, *v.* RALPH WILLIS et al., Appellants.

Submitted April 14, 1952; decided April 23, 1952.

*Archibald Palmer* for motion.

*Jonas J. Shapiro* opposed.

Motion dismissed, with $10 costs, upon the ground that the order does not finally determine the action within the meaning of the Constitution.